IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the matter of: | In proceedings under Chapter 13 |
| RICHARD J. CHLIBOVYTSCH and LILIA CHLIBOVYTSCH | Case No. 11-09463 |
| | Judge BRUCE W BLACK - Joliet |
| Debtors | |

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

NOW COMES THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2004-4, a secured creditor herein, by and through its counsel, LAW OFFICES OF IRA T. NEVEL, LLC and in Response to the Trustee's *Notice of Payment of Final Mortgage Cure*, states as follows:

1. Respondent acknowledges that its Proof of Claim filed herein on December 17, 2010 as Claim 9-1 with reference to account No. 3842, has been satisfied in full pursuant to the Trustee's disbursements through the Plan.

2. Respondent objects to treating the mortgage at issue as reinstated and fully current as the debtor has not made timely post petition mortgage payments.

3. That as of the approximate date of the Notice, the Debtor was post petition due for June 2011 with $274.89 then held in suspense as insufficient to apply. (Copy of payment history dated 8/23/11 is attached hereto as Ex. A).

4. That since such date, four (4) additional payments were received through October 19, 2011, specifically: Check #1184 $100.00; Check #1189 $200.00; Check #1195 $400.00; and Check #2035 $200.00. That based on the application of said payments, the Debtors were post petition due for July 2011 through October 2011 ($4,571.32) with $32.06 then held in suspense as insufficient to apply. Post petition payments are $1,142.83.

Law Offices of Ira T. Nevel, LLC

*/s/ Timothy R. Yueill*
By:  Timothy R. Yueill, Esq.
Counsel for BANK OF NEW YORK MELLON

**LAW OFFICES OF IRA T. NEVEL, LLC**
175 North Franklin
Suite 201
Chicago, Illinois  60606
(312) 357-1125
ZCK